**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Thomas J. Torrence, Respondent,

v.

South Carolina Department of Corrections, Appellant.

Appellate Case No. 2016-000285

———————

Appeal From The Administrative Law Court
Deborah Brooks Durden, Administrative Law Judge

———————

Unpublished Opinion No. 2018-UP-432
Submitted May 1, 2018 – Filed November 28, 2018

———————

**APPEAL DISMISSED**

———————

Lake E. Summers, of Malone, Thompson, Summers & Ott, LLC, of Columbia, Appellant.

Thomas J. Torrence, pro se.

———————

**PER CURIAM:** Appeal dismissed pursuant to Rule 220(b), SCACR, and the following authorities: *Charlotte-Mecklenburg Hosp. Auth. v. S.C. Dep't of Health and Envt'l Control*, 387 S.C. 265, 267, 692 S.E.2d 894, 894 (2010) ("The order of the ALC in this case is not a final order. If there is some further act which must be done by the court prior to a determination of the rights of the parties, the order is interlocutory" and not immediately appealable.); S.C. Code Ann. § 1–23–

610(A)(1) (Supp. 2018) (providing for judicial review by this court of "a final decision" of the ALC).

**APPEAL DISMISSED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.